IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENDA SCRUGGS, ANGEL L. NISEWONGER AND PAMELA B. SMITH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 09-0718-CG-M |
| DIAMOND GASOLINE STATIONS, INC., AND MICHAEL SMITH, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

The above-styled action was recently transferred to the undersigned's docket from the docket of Senior Judge Charles R. Butler, Jr. The Amended Rule 16(b) Scheduling Order issued on August 31, 2010, is hereby amended as follows: The time for disclosing the information required by Fed.R.Civ.P. 26(a)(3) is extended to April 4, 2011. The pretrial conference is **RESCHEDULED** for **May 9, 2011 at 10:00 a.m.**, to be held in chambers, room 247. The parties are directed to file a joint proposed pretrial document that conforms to the undersigned's standing order governing the final pretrial conference (copy attached) no later than May 2, 2011.

Jury trial is **RESCHEDULED** for this court's June 2011 civil trial term, with specific date for trial to be set once the total number of actions going to trial in June is determined. Jury selection for the e June 2011 term is set for June 1, 2011.

**DONE and ORDERED** this 15th day of March, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE